UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br><br>DENNIA A. KOVALSKY,<br><br>Debtor(s)<br>PHILLIP D. LEVEY, not individually, but solely as Trustee of the Ch. 7 Bankr. Estate of Dennis A. Kovalsky,<br><br>Plaintiff(s)<br>LINDA M. KOVALSKY,<br><br>Defendant(s) | BK No.: 16-12928<br><br>Chapter: 7<br><br>Honorable Deborah L. Thorne<br><br>Adv. No.: 18-00062 |

**ORDER DISMISSING COUNTERCLAIMS**

This matter coming before the Court on the motion (the "Motion") of Linda M. Kovalsky ("Linda") seeking the entry of an order dismissing her counterclaims (the "Counterclaims") filed in response to the Trustee's First Amended Complaint to Avoid and Recover Transfer and in the Alternative, For Monies Due (the "The First Amended Complaint"), Linda having given notice of the Motion to all parties entitled thereto; the Court having considered the statements of counsel, and being well advised in the premises; and the Court having core jurisdiction over this proceeding;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted;

2. The Counterclaims filed by Linda M. Kovalsky in response to the First Amended Complaint are hereby Dismissed pursuant to Fed. R. Civ. P. 41(a)(2) made applicable by Fed. R. Bankr. P. 7041.

Enter: *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: June 06, 2019

**Prepared by:**

Karen V. Newbury
FRANKGECKER LLP
1327 West Washington Boulevard
Suite 5G-H
Chicago, Illinois 60607
Tel. (312) 276-1400
Fax. (312) 276-0035
knewbury@fgllp.com