UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>DENNIS A. KOVALSKY<br><br>Debtor(s)<br>PHILLIP D. LEVEY, not individually, but solely as Trustee of the Ch. 7 Bankr. Estate of Dennis A. Kovalsky,<br>Plaintiff(s)<br>LINDA M. KOVALSKY,<br>Defendant(s) | BK No.: 16-12928<br>Chapter: 7<br>Honorable Deborah L. Thorne<br><br>Adv. No.: 18-00062 |

## AMENDED ORDER DISMISSING COUNTERCLAIMS

This matter coming before the Court on the motion (the "Motion") of Linda M. Kovalsky ("Linda") seeking the entry of an order dismissing her counterclaims (the "Counterclaims") filed in response to the Trustee's First Amended Complaint to Avoid and Recover Transfer and in the Alternative, For Monies Due (the "The First Amended Complaint"), Linda having given notice of the Motion to all parties entitled thereto; the Court having considered the statements of counsel, and being well advised in the premises; and the Court having core jurisdiction over this proceeding;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted;

2. The Counterclaims filed by Linda M. Kovalsky in response to the First Amended Complaint are hereby Dismissed pursuant to Fed. R. Cov. P. 41 (a) (2) made applicable by Fed. R. Bankr. P. 7041 with prejudice.

Enter:

Dated: 6-10-2019

United States Bankruptcy Judge

Rev: 20151029_apo