# UNITED STATES BANKRUPTCY COURT
# NOTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Dennis A. Kovalsky | ) | Bankruptcy Case No. |
| Debtor(s) | ) | 16 B 12928 |
| | ) | |
| Plaintiff(s) | ) | |
| Trustee, Levey | ) | Adversary Case No. |
| v. | ) | 18 A 00062 |
| Defendant(s) | ) | |
| Linda Kovalsky | ) | |

SCHEDULING ORDER ON TRUSTEE'S MOTION IN LIMINE BARRING ARGUMENT, TESTIMONY AND DOCUMENTS REGARDING ALL OF DEFENDANTS DEFENSES AND CERTAIN OF HER DENIALS

IT IS HEREBY ORDERED THAT:
A supplement to the motion shall be filed no later than November 12, 2020.
The defendant shall respond by December 12, 2020.
A reply shall by be filed by December 26, 2020.
The status hearing on the motion is continued to January 14, 2020 at 9:30 a.m. via Zoom.

Dated: October 29, 2020

_____
Deborah L. Thorne
United States Bankruptcy Judge