# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7<br>Case No. 16-12928 |
| Dennis Kovalsky, | |
| | Hon. Deborah L. Thorne |
| Debtor. | |
| PHILLIP D. LEVEY, not individually, but solely as Trustee of the Chapter 7 Bankruptcy Estate of Dennis A. Kovalsky, | Adv. P. 18-00062 |
| Plaintiff, | |
| v. | |
| LINDA M. KOVALSKY, | |
| Defendant. | |

## NOTICE OF MOTION

**Please take notice** that on **Thursday, November 19, 2020, at 9:00 A.M.,** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Deborah L. Thorne United States Bankruptcy Judge for the Northern District of Illinois, or any other judge sitting in her place and stead, and shall then and there present the **Motion to Extend Time to File a Supplement to the Motion in Limine,** a copy of which is attached hereto and herewith served upon you.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-

{00179891}

Case 18-00062    Doc 133    Filed 11/12/20    Entered 11/12/20 15:14:35    Desc Main
               Document      Page 2 of 5


646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 and there is no password. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Date: November 12, 2020                Respectfully submitted,

                                       Phillip D. Levey, not individually but as
                                       Chapter 7 trustee of the bankruptcy estate of
                                       Dennis Kovalsky,

                                       By: */s/ William J. Factor*
                                           One of his attorneys

William J. Factor (6205675)
Jeffrey K. Paulsen
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-4830
Fax:   (847) 574-8233
Email:       wfactor@wfactorlaw.com

{00179891}

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 12, 2020, he caused a copy of the attached Motion and Notice of Motion to be served upon the following persons via the CM/ECF System and U.S. Mail.

*/s/ William J. Factor*

| | |
|---|---|
| **William J. Factor** | wfactor@wfactorlaw.com; wfactorlaw@gmail.com; bharlow@wfactorlaw.com; wfactor@ecf.inforuptcy.com; wfactormyecfmail@gmail.com; factorwr73923@notify.bestcase.com |
| **Shanna M. Kaminski** | smkaminski@varnumlaw.com |
| **Karen Newbury** | knewbury@fgllp.com; mmatlock@fgllp.com; csmith@gmail.com; csucic@fgllp.com |
| **Jeffrey K. Paulsen** | jpaulsen@wfactorlaw.com; bharlow@wfactorlaw.com; jpaulsen@ecf.inforuptcy.com |

## **VIA US MAIL**

Linda Kovalsky
1444 Fairfax
Birmingham, MI 48009

{00179891}                                                          3

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> Dennis Kovalsky, <br><br> Debtor. | Chapter 7 <br> Case No. 16-12928 <br><br> Hon. Deborah L. Thorne |
| PHILLIP D. LEVEY, not individually, but solely as Trustee of the Chapter 7 Bankruptcy Estate of Dennis A. Kovalsky, <br><br> Plaintiff, <br> v. <br><br> LINDA M. KOVALSKY, <br><br> Defendant. | Adv. P. 18-00062 |

## PLAINTIFF'S MOTION TO EXTEND TIME TO FILE THE SUPPLEMENT TO THE MOTION IN LIMINE

Phillip D. Levey, not individually, but solely as chapter 7 trustee for the captioned bankruptcy estate ("Plaintiff"), requests the entry of an order granting him an additional 18 days to, if needed, to file the supplement to the Motion in Limine.

      1. Plaintiff filed the Motion in Limine on July 9, 2020 (the "Motion").

      2. On October 29, 2020 the Court entered an order providing the Plaintiff until November 12, 2020, to file a supplement to the Motion. *See Dkt. No. 132.*

{00179891}

3. Due to work scheduling, the Plaintiff needs additional time to file a supplement to the Motion.

4. The Plaintiff requests an additional 18 days, until November 30, 2020, to file a supplement to the Motion.

5. This extension will not delay the other deadlines set in the briefing schedule order [Dkt. No. 132].

WHEREFORE, Phillip D. Levey respectfully requests that the Court enter an Order substantially in the form of that appended hereto granting him an additional 18 days to, if needed, file the supplement to the Motion in Limine.

> Respectfully submitted,
>
> Phillip D. Levey, not individually but as Chapter 7 trustee of the bankruptcy estate of Dennis Kovalsky,
>
> By: */s/ William J. Factor*
> One of his attorneys

William J. Factor (6205675)
Jeffrey K. Paulsen
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:   (312) 878-4830
Fax:   (847) 574-8233
Email:       wfactor@wfactorlaw.com