# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## Eastern Division

| | | |
|---|---|---|
| In Re:<br>Dennis Kovalsky,<br><br><br><br><br>Phillip D. Levey, Trustee,<br><br><br><br>Linda M. Kovalsky, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>Debtor(s)   )<br>)<br>)<br>)<br>Plaintiff(s)  )<br>)<br>)<br>)<br>Defendant(s)  ) | BK No.: 16-12928<br><br>Chapter: 7<br><br>Honorable Deborah L. Thorne<br><br><br><br>Adv. No.: 18-00062 |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE A SUPPLEMENT TO THE MOTION IN LIMINE**

This matter coming to be heard on Plaintiff's motion (the "Motion") to Extend Time to Supplement the Expert Report of Tedd Davis, due notice having been served, and the Court being advised in the premises, IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein;

2. The time for the Trustee/Plaintiff to file a supplement to the Motion in Limine is extended to and including November 30, 2020 .

Enter: *[signature]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: November 19, 2020

**Prepared by:**

William J Factor
FactorLaw
105 W Madison, Suite 1500
Chicago, IL  60602
(312) 878 6146