# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 <br> Case No. 16-12928 |
| Dennis Kovalsky, | |
| | Hon. Deborah L. Thorne |
| Debtor. | |
| PHILLIP D. LEVEY, not individually, but solely as Trustee of the Chapter 7 Bankruptcy Estate of Dennis A. Kovalsky, | Adv. P. 18-00062 |
| Plaintiff, | |
| v. | |
| LINDA M. KOVALSKY, | |
| Defendant. | |

### DRAFT ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR <u>SUMMARY JUDGMENT ON COUNTS I AND II</u>

This matter having been presented on the Plaintiff's Motion For Summary Judgment on Counts I and II of Complaint (the "Summary Judgment Motion"), and the Summary Judgment Motion having been presented to the Court on January 14, 2021, at 9:30 AM, and the Plaintiff having appeared through counsel and Defendant not appearing, the Court hereby orders that:

1. Defendant shall have until February 11, 2021, to file a response to the Summary Judgment Motion.

2. Plaintiff shall have until February 25, 2021, to file a reply to the Summary Judgment

{00184412}

    Motion.

3. This matter is set for further hearing on March 4, 2021, at 9:30 AM.

4. Absent further order of Court, the hearing on March 4, 2021, shall proceed electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard, parties must do the following:

    a. **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID.

    b. **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

5. **Meeting ID and password**. The meeting ID for this hearing is 16093621728 –no password is required. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site at http://ilnb.uscourt.gov

6. Plaintiff will send a copy of this order by United States Mail by the end of the day, January 15, 2021.

January 14, 2021

ENTERED:

*Deborah A. Thorne*

Deborah Thorne, United States Bankruptcy Judge

{00184412}